IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | 1:14CR00007-1 |
| | ) | |
| Tekeil Darius Lee | ) | |

## ORDER

On June 24, 2014, Tekeil Darius Lee appeared before the Court and was sentenced, after pleading guilty, to the offense of possession of a firearm in furtherance of a drug trafficking crime, to sixty months imprisonment, followed by five years supervised release. Lee was also ordered to pay a $3,000 fine and a $100 special assessment.

On April 6, 2022, the probation officer submitted a petition to show cause why Lee's term of supervised release should be revoked. The petition alleged that Lee failed to refrain from the unlawful use of a controlled substance (cocaine) on March 14, 2022.

On June 14, 2022, a final revocation hearing was held to address the violation and Lee, through his attorney, contested the violation outlined in the petition. Although the Court found that Lee violated his term of supervised release as evidenced by his positive confirmation for cocaine, the Court has decided not to make a ruling on Lee's case at this time and orders that the revocation hearing be held in recess until September 12, 2022, at 10:30 a.m. While in recess, the Court directs that Lee be continued on supervised release with all conditions of supervision previously imposed by the Court on each of June 24, 2014, September 29, 2020, and March 11, 2022, remaining in full force and effect. The Court ruled that if Lee remains free from drug usage with no future failed urinalyses or other violations, the Court will terminate supervised release at that time.

It is further ordered that any violation of the conditions of supervised release will result in immediate revocation of Lee's term of supervised release.

**SO ORDERED**, this 16th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA